UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>QUIK STOP MARKETS, INC, et al.,<br><br>   Defendants. | Case No.  14-cv-02972-BLF<br><br>**ORDER REFERRING CASE TO MEDIATION** |

   Before the Court is Plaintiff's notice that a joint inspection has been conducted in the above-captioned action, and that the parties are unable to reach a settlement in this matter.

   Pursuant to General Order No. 56, this case is HEREBY REFERRED to the Court's mediation program. The parties shall contact the Court's ADR department no later than December 8, 2014, to make the appropriate arrangements.

   **IT IS SO ORDERED.**

Dated: December 3, 2014

_____
BETH LABSON FREEMAN
United States District Judge